IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-338-MOC-DCK

| | |
|---|---|
| JUDITH CLARK, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| CELLCO PARTNERSHIP, d/b/a<br>VERIZON WIRELESS | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Proceedings Pending Arbitration" (Document No. 5) filed August 27, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Proceedings Pending Arbitration" (Document No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report, jointly if possible, on **October 27, 2015**, and every sixty (60) days thereafter until otherwise ordered.

**SO ORDERED**.

Signed: August 27, 2015

David C. Keesler
United States Magistrate Judge