# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-338-MOC-DCK

| | |
|---|---|
| JUDITH CLARK, | )  |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding its status. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having reviewed the record, the undersigned observes that there has been no activity in this case for six (6) months.

Over a year ago the undersigned granted the parties' "Joint Motion To Stay Proceedings Pending Arbitration" (Document No. 5). (Document No. 6). At the same time, the parties were ordered to file a Status Report "every sixty (60) days" until otherwise ordered. Id. The last "Joint Status Report" was filed on March 2, 2016, and indicated that, not only had the parties failed to schedule their arbitration, but they were also uncertain as to whether or not their proposed arbitrator had a conflict. As such, the parties are long overdue in filing a Status Report, and it is unclear whether any progress has been made in this case since it was filed on July 28, 2015.

**IT IS, THEREFORE, ORDERED** that the Stay of this matter is lifted.

**IT IS FURTHER ORDERED** that the parties shall file a "Certification of Initial Attorney's Conference," including a proposed discovery plan, on or before **September 16, 2016**. See Local Rule 16.1.

**SO ORDERED**.

Signed: September 1, 2016

David C. Keesler
United States Magistrate Judge